## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REAL WORLD MEDIA LLC<br>1846 E. Innovation Park Drive, Ste. 100<br>Oro Valley, AZ 85755,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE DAILY CALLER, INC.<br>1920 L Street NW, Floor 2,<br>Washington, D.C. 20036;<br><br>DOES 1-20,<br><br>　　　　　　　　Defendants. | **Civil Action No. _____**<br><br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Real World Media, LLC, brings this Complaint against Defendant The Daily Caller, Inc. and DOES 1–20 for copyright infringement under 17 U.S.C. § 501; and violation of the Digital Millennium Copyright Act, 17 USC § 1202:

### INTRODUCTION

1.　　The Copyright Act grants authors the exclusive rights to reproduce, distribute, publicly perform, display, and create derivative works. *See* 17 U.S.C. § 106. These exclusive rights are grounded in the U.S. Constitution itself. *See* U.S. Const., Art. I, Sec. 8, Cl. 8. Authors and copyright holders—such as Plaintiff Real World Media, LLC—depend on these exclusive rights to earn fair compensation for their original works.

2.      Defendant The Daily Caller, Inc.—founded by veteran media personalities Tucker Carlson and Neil Patel—routinely publishes articles and essays extolling the "sanctity of private property."[1] Yet, it chose to blatantly and willfully disregard Real World Media's property rights in at least 14 of Real World Media's original audiovisual works. *See* Appendix A. Rather than exercise its own creative judgment and energy to create and post its own content, The Daily Caller stole large portions of Real World Media's original videos from Real World Media's YouTube channel "Real World Police," and posted them on its own YouTube channel and Facebook Page for commercial benefit. For example, Exhibit 1—lodged with this Complaint—demonstrates that The Daily Caller unlawfully took and posted to both its YouTube channel and Facebook Page 17 minutes of Real World Media's 26-minute video titled "Florida Woman Arrested for Wrong Way Drunk Driving."

3.      The Daily Caller chose to infringe Real World Media's videos even though a search of the United States Copyright Office's web-based Public Catalog would have shown that Real World Media owns the copyrights in the infringed works, and even though Real World Media's videos contain a title sequence prominently featuring the words "Real World Police" (a registered trade name of Real World Media, LLC), and many bear a watermark explicitly identifying them as Real World Media's intellectual property. In fact, The Daily Caller ***removed*** that title sequence, and in some instances ***cropped out*** Real World Media's watermark—in

---

[1] *See, e.g.*, Brian Seasholes, *The Persistent Popularity of Property Rights*, The Daily Caller (Jan. 12, 2016), *available at* https://dailycaller.com/2016/01/12/the-persistent-popularity-of-property-rights/; *see also* Tim Pearce, *California Renews Assault on Private Property*, The Daily Caller (June 27, 2017), *available at* https://dailycaller.com/2017/06/27/california-renews-assault-on-private-property-for-beach-access/; Mark Miller, *The New Champion of Private Property Rights Is . . . Barack Obama*?, The Daily Caller (Sept. 20, 2020), *available at* https://dailycaller.com/2020/09/10/miller-the-new-champion-of-private-property-rights-is-barack-obama/.

violation of the Digital Millennium Copyright Act's prohibition on removing or altering

Copyright Management Information—in a deliberate effort to hide its willful infringement. In

other instances, The Daily Caller left Real World Media's watermark in place, demonstrating a

callous disregard for Real World Media's intellectual property rights.

4.      Many of The Daily Caller's infringing videos have received millions of views.

The Daily Caller's misconduct has deprived Real World Media of significant viewership and

revenue. By way of this Complaint, Real World Media seeks to hold The Daily Caller

accountable for its pattern of willful copyright infringement.

## JURISDICTION

5.      Real World Media's claims are for copyright infringement and violation of the

Digital Millennium Copyright Act pursuant to 17 U.S.C. §§ 101, *et seq.* This Court has subject

matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

6.      This Court has personal jurisdiction over The Daily Caller because The Daily

Caller's headquarters and principal place of business are located in this judicial district. The

Daily Caller also regularly conducts business in this judicial district.

7.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a) and 28

U.S.C. § 1391(b).

## PARTIES

8.      Plaintiff Real World Media, LLC is an investigative journalism organization that

produces original video news stories covering law enforcement and crime, and transportation

safety. Real World Media publishes its original reporting on two YouTube channels: "Real

World Police" and "What You Haven't Seen." Real World Media is committed to ethical

journalism, and its work is sustained through revenue generated from the views its videos receive.

9.    Defendant The Daily Caller, Inc. is a for-profit media company headquartered in Washington, D.C.

10.    Defendants DOES 1 through 20, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, have violated Plaintiff's rights under the Digital Millennium Copyright Act, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants DOES 1 through 20, inclusive, are presently unknown to Plaintiff, which thus sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when they have been ascertained.

11.    Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment, and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## REAL WORLD MEDIA'S COPYRIGHTED WORKS

12.    Real World Media's YouTube channel "Real World Police" publishes original investigative reporting that covers law enforcement and crime. Real World Police has 1.45

4

million subscribers and features 890 videos, which have cumulatively attracted nearly 600 million views.[2] Real World Media's YouTube channel "What You Haven't Seen" publishes original investigative reporting that covers transportation safety. What You Haven't Seen has 208,000 subscribers and features 338 videos, which have cumulatively attracted more than 100 million views.[3]

13.     Real World Media produces the original creative works that are published on its YouTube channels. Its process involves identifying a newsworthy event and obtaining exclusive, never-before-seen footage and information associated with the event. This material is typically obtained from sources such as local police departments and other public agencies. Real World Media generally obtains its source material through public records requests to government entities. Real World Media has paid tens of thousands of dollars in fees for access to public records, and, when necessary, has vindicated its right of access through public records litigation. When Real World Media obtains records and information associated with a newsworthy event, it uses that material to create an original and unique audiovisual work that tells the story of the particular event. Real World Media's creative editorial process includes, among other things, the selection, sequencing, editing, and arrangement of different videos and portions thereof. Real World Media selects specific portions of source videos and source audio to include and to exclude from the work it creates. Real World Media's audiovisual works are frequently created from hundreds of such selections, which Real World Media arranges to tell the story of the newsworthy event in its unique style. Real World Media decides the amount of time to display

---

[2] "About Real World Police," https://www.youtube.com/@RealWorldPolice/about (last visited May 26, 2023).
[3] "About What You Haven't Seen," https://www.youtube.com/@WhatYouHaventSeen/about (last visited May 26, 2023).

each video and audio clip, which camera angle to use at which time, and whether to crop the footage to focus on specific details, among many other creative editorial decisions. In so doing, Real World Media creates unique interrelationships between scenes. Real World Media adds its watermark to its works so viewers know they are watching an authentic, original Real World Media work. The end result is an original and unique audiovisual work containing, typically, hundreds of original creative artistic decisions. *See Atari Games Corp. v. Oman*, 979 F.2d 242 (D.C. Cir. 1992) (Ginsburg, J.).

14.     The copyrights to all of the Real World Media videos at issue are registered with the Copyright Office. *See* Appendix A.

### THE DAILY CALLER'S WILLFUL INFRINGEMENT

15.     Defendants also post videos on YouTube. Defendants have posted 7,200 videos on their YouTube channel, TheDC Shorts, which have cumulatively received over 380 million views.[4] Defendants also post videos to their Facebook Page, "The Daily Caller."[5]

16.     Based upon information and belief, Defendants earn substantial revenue from the videos they post on their YouTube channel and Facebook Page, including, without limitation, from advertising that plays before, during, and after the videos.

17.     Defendants are obligated to ensure that they are authorized to use the video content that appears on their YouTube channel and Facebook Page, particularly when that content uses others' intellectual property. Defendants have not done so. As identified in this Complaint, some of the videos Defendants posted on The Daily Caller's YouTube channel and

---

[4] "About TheDC Shorts," https://www.youtube.com/@DailyCallerVideo/about  (last visited May 26, 2023).
[5] "Videos," https://www.facebook.com/DailyCaller/videos/ (last visited May 26, 2023).

Facebook Page were created without authorization using Real World Media's registered, copyrighted works.

18.     For example, Defendants posted on *both* their Facebook Page and YouTube channel 17 minutes of Real World Media's 26-minute video titled, "Florida Woman Arrested for Wrong Way Drunk Driving." The copyright to that video was registered to Real World Media on January 22, 2022. That did not stop Defendants from posting more than 65 percent of it to their YouTube channel and Facebook Page on February 9, 2023. The portions of "Florida Woman Arrested for Wrong Way Drunk Driving" that Defendants copied include key elements of Real World Media's copyrightable authorship. *See* Exhibit 1, lodged concurrently with this Complaint. The copyrightable authorship in Real World Media's videos is readily apparent and would have been particularly obvious to a sophisticated media entity like The Daily Caller.

19.     Real World Media's investigation is ongoing, but to date, Real World Media has identified at least 14 of its registered, copyrighted works that Defendants have infringed in videos posted to their YouTube channel and/or Facebook Page without license, authorization, permission, or consent from Real World Media. Appendix A to this Complaint lists the 14 works (the "Works") that Defendants have infringed and their copyright registration numbers. Real World Media expects to identify additional infringing works on Defendants' YouTube channel and Facebook Page, and possibly on other platforms, with further investigation and discovery.[6]

20.     Defendants' infringement has caused Real World Media substantial damage, to be proved at trial.

---

[6] Real World Media reserves the right to amend, or move to amend, its Complaint based on further investigation and information learned in discovery, or to file a separate lawsuit based on the discovery of additional infringements by Defendants of Real World Media's copyrighted works.

21.     For many reasons, it is clear that Defendants knew or should have known that the videos they posted were created by Real World Media. First, each Work at issue is registered with the Copyright Office, and each copyright registration is owned by Real World Media. Second, Real World Media's videos are identified by a Real World Media title sequence, and nearly all contain a Real World Media watermark. Defendants intentionally removed Real World Media's title sequence from each infringing video and cropped out Real World Media's watermark from some infringing videos. Defendants did so in violation of the Digital Millennium Copyright Act and in a brazen attempt to conceal their egregious misconduct. In other instances, Defendants left Real World Media's watermark in place, making their infringement of Real World Media's copyrighted content even more blatant. Third, upon discovering in April 2023 that Defendants were infringing its copyrights, Real World Media promptly sent notifications of infringement to YouTube pursuant to Section 512 of the Copyright Act. Rather than accept that their conduct was infringing and illegal, Defendants sent counter notifications to YouTube, requesting that YouTube reinstate the infringing material and stating under penalty of perjury that they believed the infringing content "was removed due to a mistake or misidentification of the material." Defendants did not remove identical copies of the same infringing material from their Facebook Page. Fourth, The Daily Caller is a sophisticated news organization founded by veteran media personalities Tucker Carlson and Neil Patel, and, according to its own website, The Daily Caller is staffed by a "team of experienced, full-time reporters and editors" and is "committed to telling the truth and adhering to all the highest standards of journalism."[7] Consequently, The Daily Caller should be well-versed in matters of copyright and licensing. Indeed, The Daily Caller website's Terms of Use includes a section

---

[7] "About Us," The Daily Caller, https://dailycaller.com/about-us/ (last visited May 26, 2023).

addressing "Ownership of Content and Intellectual Property," which provides that users may not "exploit, in whole or in part, any of the Content or software" on The Daily Caller's website.[8] Finally, TheDC Shorts YouTube channel features advertising and has attracted hundreds of millions of views, demonstrating that The Daily Caller is a sophisticated commercial enterprise.

22.     Defendants made a willful, calculated, and strategic decision to steal Real World Media's registered, copyrighted works without authorization.

## CLAIMS FOR RELIEF

## COUNT 1

### (Direct Copyright Infringement – 17 U.S.C. §§ 106, *et seq.*)

### (Against All Defendants)

23.     Real World Media hereby incorporates by reference each preceding and succeeding paragraph as though fully set forth herein.

24.     The copyrights to each of the Works at issue here have been registered to Real World Media with the United States Copyright Office.

25.     As the owner of the copyright to the Works, Real World Media holds the exclusive right to reproduce, distribute, publish, publicly perform, and display the Works, as well as to make derivative works. *See* 17 U.S.C. § 106.

26.     Defendants had access to the Works, which are posted publicly on Real World Media's YouTube channels. Defendants infringed Real World Media's copyrights by copying substantial portions of Real World Media's Works in videos posted on TheDC Shorts YouTube channel and The Daily Caller's Facebook Page—and possibly on other platforms—without

---

[8] "Terms of Use," The Daily Caller, https://dailycaller.com/footer/terms-of-use/ (last visited May 26, 2023).

license, authorization, permission, or consent from Real World Media, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

27.    Defendants' acts of infringement were willful, intentional, and purposeful, and in blatant disregard of Real World Media's rights.

28.    Due to Defendants' acts of willful copyright infringement as alleged herein, Real World Media has suffered substantial damages to its business in an amount to be established at trial.

29.    Due to Defendants' acts of willful copyright infringement, Defendants, and each of them, have obtained direct and indirect profits they would not have realized but for their infringement of the Works, in amounts to be established at trial.

30.    As a direct and proximate result of Defendants' willful infringements, Real World Media is entitled to maximum statutory damages of $150,000 for each registered work infringed, or actual damages and Defendants' profits in amounts to be proven at trial, and/or such other amounts as may be proper under 17 U.S.C. § 504(c).

31.    Real World Media is entitled to recover its attorney's fees and costs pursuant to 17 U.S.C. § 505.

32.    As a result of Defendants' conduct, Real World Media has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined by this Court, Defendants will continue to infringe Real World Media's rights in the Works and in other works belonging to Real World Media. Real World Media is entitled to injunctive relief to enjoin Defendants' ongoing and future infringing conduct.

**COUNT 2**

**(Violation of the Digital Millennium Copyright Act – 17 U.S.C. § 1202)**

**(Against All Defendants)**

33.     Real World Media hereby incorporates by reference each preceding and succeeding paragraph as though fully set forth herein.

34.     The Works were all originally published on Real World Media's YouTube channels, and included, without limitation, the following Copyright Management Information (as defined in Section 1202(c) of the DMCA) ("CMI"): the title and other information identifying the Works; the name of the creator(s) of the Works; and the name of, and other identifying information about, the copyright owner(s) of the Works.

35.     Defendants' knowingly and intentionally removed or altered the CMI on the Works before posting them on TheDC Shorts YouTube channel and The Daily Caller's Facebook Page, to enable, facilitate, or conceal their infringements.

36.     Defendants distributed the Works by posting them on TheDC Shorts YouTube channel and The Daily Caller's Facebook Page, knowing that they had removed or altered CMI.

37.     Defendants removed or altered CMI to hide from viewers that the Works were created by Real World Media, and that the rights to the videos are owned by Real World Media. Defendants removed or altered CMI to dupe viewers into believing that the Works were created by The Daily Caller, and that The Daily Caller owned the rights in the Works or was otherwise authorized to post them.

38.     Defendants did not contact Real World Media for permission to remove or alter CMI from the Works.

11

39.     Due to Defendants' removal or alteration of CMI as alleged herein, Real World Media has suffered substantial damages to its business in an amount to be established at trial.

40.     Due to Defendants' removal or alteration of CMI, Defendants, and each of them, have obtained direct and indirect profits they would not have realized but for their removal or alteration of CMI, in amounts to be established at trial.

41.     As a direct and proximate result of Defendants' violations of the DMCA, Real World Media is entitled to maximum statutory damages of $25,000 for each violation, or actual damages and Defendants' profits in amounts to be proven at trial, and/or such other amounts as may be proper under 17 U.S.C. § 1203(c).

42.     Real World Media is further entitled to recover its attorney's fees and costs pursuant to 17 U.S.C. § 1203(b).

43.     As a result of Defendants' violation of the DMCA, Real World Media has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined by this Court, Defendants will continue to violate the DMCA by removing or altering the CMI in the Works and in other works the copyrights to which are owned by Real World Media. Real World Media is entitled to injunctive relief to enjoin Defendants' continuing violations of the DMCA.

## PRAYER FOR RELIEF

WHEREFORE, Real World Media requests that the Court enter judgment in its favor and against The Daily Caller as follows:

A.     An award of maximum statutory damages of $150,000 per registered Work as permitted by 17 U.S.C. § 504(c), or, pursuant to 17 U.S.C. § 504(b), Real World Media's actual damages plus Defendants' profits from infringement, in an amount to be proven at trial, and such further damages as permitted by applicable law;

B.      An award of maximum statutory damages of $25,000 per violation of the DMCA or Real World Media's actual damages and Defendants' profits in amounts to be proven at trial, and/or such other amounts as may be proper under 17 U.S.C. § 1203(c).

C.      An award of Real World Media's costs, including reasonable attorney's fees, pursuant to 17 U.S.C. §§ 505 and/or 1203(b).

D.      Injunctive relief, including but not limited to enjoining Defendants' infringement of Real World Media's copyright interests pursuant to 17 U.S.C. § 502, and Defendants' removal and alteration of CMI in Real World Media's works pursuant to 17 U.S.C. § 1203(b);

E.      Such other and further relief as the Court may deem just and proper.


DATED:  June 7 2023,

_____  */s/ Danielle D. Giroux*
                        Danielle D. Giroux (D.C. Bar No. 470009)
                        Harman, Claytor, Corrigan & Wellman
                        1900 Duke Street, Suite 210
                        Alexandria, Virginia  22314
                        804-747-5200 - Phone
                        804-747-6085 - Fax
                        dgiroux@hccw.com


                        JEAN-PAUL JASSY (*pro hac vice* pending)
                          jpjassy@jassyvick.com
                        KEVIN L. VICK (*pro hac vice* pending)
                          kvick@jassyvick.com
                        JORDYN OSTROFF (*pro hac vice* pending)
                          jostroff@jassyvick.com
                        **JASSY VICK CAROLAN LLP**
                        355 South Grand Avenue, Suite 2450
                        Los Angeles, California 90071
                        Telephone:     (310) 870-7048
                        Facsimile:     (310) 870-7010


                        Attorneys for Plaintiff
                        REAL WORLD MEDIA LLC

**APPENDIX A**

| | Title of Original Real World Media Work | Copyright Registration Number | Defendants' Infringement |
|---|---|---|---|
| 1. | Hooters Waitress Tells Cop "I Can Take It All Off" | PAu004170603 | Facebook; YouTube |
| 2. | Florida Woman Arrested for Wrong Way Drunk Driving | PAu004141788 | Facebook; YouTube |
| 3. | Rapper "Polo G" Arrested in Miami | PAu004153354 | Facebook; YouTube |
| 4. | Florida Deputy Fired After DUI Arrest | PAu004169114 | Facebook; YouTube |
| 5. | Arkansas State Police Pursuit \| Don't Forget Your Girlfriend | PAu004170603 | Facebook; YouTube |
| 6. | Officer Can't Stop Laughing During DUI Arrest | PAu004170603 | Facebook; YouTube |
| 7. | Dewitte Gone Wild: Seminole County Edition | PAu004019698 | Facebook; YouTube |
| 8. | 155 MPH in a 65 \| Nevada's Fastest Speeding Ticket of 2019 | PAu004047767 | Facebook; YouTube |
| 9. | Police Officer Accused of Racism for Doing His Job | PAu004169113 | Facebook; YouTube |
| 10. | Arkansas State Police 109 MPH PIT Maneuver \| The Complete Pursuit | PAu004077280 | Facebook; YouTube |
| 11. | Most Embarrassing DUI Stop of This Trooper's Career? | PAu004104911 | Facebook |
| 12. | Asleep in Taco Bell drive-thru, woman gets arrested for DUI | PAu004153354 | Facebook |
| 13. | Man on Peyote Baptizes Himself, Hides Under Garbage Can Lid | PAu004163235 | Facebook |
| 14. | Traffic stop turns up four kilos of cocaine | PAu004077280 | YouTube |