UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REAL WORLD MEDIA LLC,<br><br>                Plaintiff,<br><br>v.<br><br>THE DAILY CALLER, INC.;<br>DOES 1-20,<br><br>                Defendants. | Case No. 1-23-cv-01654-JDB |

**NOTICE OF LODGING OF EXHIBITS A-I TO THE DECLARATION OF RACHEL FERTIG IN SUPPORT OF DAILY CALLER, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS**

Defendant The Daily Caller, Inc ("Daily Caller") hereby lodges concurrently with this Notice flash drives containing Exhibits A-I to the Declaration of Rachel Fertig in support of Daily Caller's Reply to Plaintiff's Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss ("Fertig Declaration"). The exhibits contain audiovisual works as described and set forth in the Fertig Declaration.

Dated: November 20, 2023

Respectfully submitted,

*/s/ J. Kevin Fee*
**DLA PIPER LLP (US)**
J. Kevin Fee (D.C. Bar No. 494016)
Rachel Fertig (D.C. Bar No. 1552360)
500 Eighth St. N.W.
Washington, DC 20004
Phone: (202) 799-4149
kevin.fee@us.dlapiper.com
rachel.fertig@us.dlapiper.com

*Attorneys for Defendant*
*The Daily Caller, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 20, 2023, the foregoing NOTICE OF LODGING was filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record. Concurrently with the filing of this notice, a ShareFile link containing the lodged exhibits will be served on all counsel of record.

Dated: November 20, 2023            /s/ *J. Kevin Fee*
                           J. Kevin Fee