# **EXHIBIT 1**

*Lodged pursuant to ECF No. 21*