# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REAL WORLD MEDIA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE DAILY CALLER, INC.;<br>DOES 1-20,<br><br>    Defendants. | Case No. 1:23-cv-01654-JDB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rachel Fertig of DLA Piper LLP hereby appears in this action as counsel for Defendant The Daily Caller, Inc., and requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: Washington, DC
March 28, 2024

DLA PIPER LLP (US)

By: */s/ Rachel Fertig*
        Rachel Fertig (Bar No. 1552360)

500 Eighth Steet
Washington, DC 20004
Telephone - (202)799-4429
Rachel.fertig@us.dlapiper.com

*Attorneys for Defendant The Daily Caller, Inc.*