# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**REAL WORLD MEDIA LLC,**

    Plaintiff,

    v.

**THE DAILY CALLER, INC.; DOES 1–20,**

    Defendants.

Civil Action No. 23-1654 (JDB)

## ORDER

Upon consideration of [15] defendant The Daily Caller, Inc.'s motion to dismiss, [16] defendant Daily Caller's motion to refer plaintiff's copyright registrations to the Register of Copyrights, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [15] defendant Daily Caller's motion to dismiss is **DENIED**; it is further

**ORDERED** that [16] defendant Daily Caller's motion to refer plaintiff's copyright registrations to the Register of Copyrights is **DENIED**; and it is further

**ORDERED** that defendants shall file their answer to plaintiff's complaint by not later than August 28, 2024.

    **SO ORDERED.**

                                            /s/
                                  JOHN D. BATES
                             United States District Judge

Dated:  August 14, 2024