UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REAL WORLD MEDIA LLC,<br><br>               Plaintiff,<br><br>v.<br><br>THE DAILY CALLER, INC.;<br>DOES 1-20,<br><br>               Defendants. | Civil Action No. 1:23-cv-01654 (JDB) |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

I, the undersigned, counsel of record for Defendant The Daily Caller, Inc. (the "Company"), certify that to the best of my knowledge, the Company has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of the Company which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

DATED: October 14, 2024

                                            /s/ *Lincoln D. Bandlow*
                                            Lincoln D. Bandlow (D.C. Bar No. CA00099)
                                            lincoln@bandlowlaw.com
                                            **Law Offices of Lincoln Bandlow P.C.**
                                            1801 Century Park East, Suite 2400
                                            Los Angeles, CA 90067
                                            Telephone: 310-556-9680
                                            Fax: 310-861-5550

                                            Attorneys for Defendant
                                            THE DAILY CALLER, INC.