UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REAL WORLD MEDIA LLC,<br><br>   Plaintiff,<br><br> v.<br><br>THE DAILY CALLER, INC.;<br>DOES 1-20,<br><br>   Defendants. | Civil Action No. 1-23-cv-01654-JDB |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Real World Media LLC and Defendant The Daily Caller, Inc. hereby stipulate to the dismissal of the above-captioned action with prejudice, pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and fees.

SO STIPULATED.

DATED: October 1, 2025,   */s/ Danielle D. Giroux*
              Danielle D. Giroux (D.C. Bar No. 470009)
              Harman, Claytor, Corrigan & Wellman
              1900 Duke Street, Suite 210
              Alexandria, Virginia 22314
              804-747-5200 - Phone
              804-747-6085 - Fax
              dgiroux@hccw.com

              JEAN-PAUL JASSY (admitted *pro hac vice*)
                jpjassy@jassyvick.com
              KEVIN L. VICK (admitted *pro hac vice*)
                kvick@jassyvick.com
              JORDYN OSTROFF (admitted *pro hac vice*)
                jostroff@jassyvick.com
              **JASSY VICK CAROLAN LLP**

        355 South Grand Avenue, Suite 2450
        Los Angeles, California 90071
        Telephone:   (310) 870-7048
        Facsimile:    (310) 870-7010

Attorneys for Plaintiff
REAL WORLD MEDIA LLC

DATED: October 1, 2025,        /s/ Lincoln D. Bandlow
        Lincoln D. Bandlow (D.C. Bar No. CA00099)
        lincoln@bandlowlaw.com
        **Law Offices of Lincoln Bandlow P.C.**
        1801 Century Park East, Suite 2400
        Los Angeles, CA 90067
        Telephone: 310-556-9680
        Fax: 310-861-5550

Attorneys for Defendant
THE DAILY CALLER, INC.